1  KAREN P. HEWITT
   United States Attorney
2  DAVID M. McNEES
   Special Assistant U.S. Attorney
3  California State Bar No. 216612
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5979
   E-mail: david.mcnees@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                  UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,              )    Civil No. '08 CV 1220 IEG RBB
                                           )
11               Plaintiff,                )    COMPLAINT FOR
                                           )    FORFEITURE
12       v.                                )
                                           )
13  ONE 2006 MERCEDES BENZ CLS 55          )
    CA LICENSE NO. 6CQU031,                )
14  VIN WDDDJ76X86A031811,                 )
    ITS TOOLS AND APPURTENANCES,           )
15                                         )
    ONE 2003 LAND ROVER RANGE ROVER        )
16  CA LICENSE NO. 6AMN568,                )
    VIN SALMB11403A109536,                 )
17  ITS TOOLS AND APPURTENANCES,           )
                                           )
18  $10,826.00 IN U.S. CURRENCY,           )
                                           )
19               Defendants.               )
                                           )
20  _____

21       By way of complaint against the defendants,

22       ONE 2006 MERCEDES BENZ CLS 55 AMG SEDAN, CA LICENSE
         NO. 6CQU031, VIN WDDDJ76X86A031811, ITS TOOLS AND
23       APPURTENANCES, (hereinafter "Mercedes" or "count one defendant
         vehicle"),
24
         ONE 2003 LAND ROVER RANGE  ROVER SUV, CA LICENSE NO.
25       6AMN568, VIN SALMB11403A109536, ITS TOOLS AND
         APPURTENANCES, (hereinafter "Range Rover" or "count two
26       defendant vehicle"), and

27       $10,826.00 IN U.S. CURRENCY, (hereinafter "count three defendant
         currency),
28

   DMM:2008v00257:tlr

1  the United States of America alleges:

2      1.      This Court has jurisdiction over this action by virtue of the provisions of Title 28,

3  United States Code, Section 1355, and Title 21, United States Code, Section 881.

4      2.      Venue is proper in this district pursuant to Title 28, United States Code, Section 1395,

5  because the defendant properties were found within this district.

6      3.      Beginning in early 2008, Drug Enforcement Administration special agents were

7  conducting an investigation of Antonio Franco ("Franco") regarding the distribution of

8  methamphetamine and marijuana. The investigation included information gained during surveillance

9  and through a state court authorized wire tap on Franco. Franco was overheard and observed

10 coordinating numerous narcotic transactions. The investigation led to authorization for a state search

11 warrant being obtained for 7594 Park Ridge Avenue, Unit 11, San Diego, CA, a location used as a stash

12 house and residence by Franco. The warrant was executed on March 20, 2008. During the search,

13 numerous firearms and $10,826.00 in U.S. currency were located in the residence. Franco was placed

14 under arrest subsequent to the warrant being served.

15      When Franco was arrested, he waived his Miranda rights and agreed to speak with agents.

16 Franco first stated that by arresting him when they did, agents had just missed out on 3,000 pounds of

17 weed, and $500,000.00 in U.S. currency. Franco admitted he was in Los Angeles to broker a marijuana

18 transaction between two parties. Franco also gave many other statements relating to ongoing narcotics

19 trafficking, and his connection to the trafficking. Franco then spoke of an instance in which he had

20 spotted DEA surveillance and how he lost the surveillance by changing clothes and leaving his Range

21 Rover at Joe's Tire Shop. When asked further about his Range Rover, Franco admitted it was payment

22 to him for a marijuana deal in which the vehicle was traded for a large amount of marijuana. Agents had

23 observed Franco driving the Range Rover vehicle many times during their surveillance, and had also

24 intercepted calls regarding Franco's possession of the vehicle.

25      Agents then asked Franco about his Silver Mercedes CLS 55. Franco stated the Mercedes

26 was also a payment for drugs. Then Franco told the agents they could not take the Mercedes because

27 it was not registered in his name. Franco also told the agents it was sold to a friend, and they would not

28 be able to locate the vehicle. On March 20, 2008, agents seized the vehicle from a cousin of Franco.

2

1   During the investigation the Mercedes was observed many times at locations frequented by Franco

2   including his residence and the residence of his girlfriend. During the execution of the search warrant,

3   agents located a bill of sale for the vehicle to a Jorge Mazon dated January 25, 2008. Documents

4   indicating Franco was the owner as of January 30, 2008 were also located. A second bill of sale for the

5   Mercedes from Mazon to Franco was also found. Franco admitted to agents that he sold marijuana, and

6   had no legitimate income.

7                                               Count 1

8                         ONE 2006 MERCEDES BENZ CLS 55 AMG SEDAN

9          4.     Paragraphs 1-3 are incorporated as a part hereof.

10         5.     In and/or prior to March 20, 2008, the Count 1 defendant vehicle was a thing of value

11  furnished or intended to be furnished in exchange for a controlled substance or listed chemical in

12  violation of Title 21 of the United States Code, Section 881.

13         6.     Alternatively, in and/or prior to March 20, 2008, the Count 1 defendant vehicle

14  represented the proceeds of or proceeds traceable to an exchange for a controlled substance or listed

15  chemical in violation of Title 21 of the United States Code, Section 881.

16         7.     Alternatively, in and/or prior to March 20, 2008, the Count 1 defendant vehicle was used

17  to facilitate narcotics trafficking activities in violation of Title 21, United States Code, Section 881.

18         8.     Because of the aforementioned acts or uses alleged herein, either singly or in

19  combination, the Count 1 defendant vehicle is subject to forfeiture pursuant to Title 21, United States

20  Code, Sections 881(a)(6) and 881(a)(4).

21         9.     The Count 1 defendant vehicle is presently stored within the jurisdiction of this Court.

22         10.    The value of the Count 1 defendant vehicle is approximately $57,675.00.

23                                              Count 2

24                         ONE 2003 LAND ROVER RANGE ROVER SUV

25         11.    Paragraphs 1-3 are incorporated as a part hereof.

26         12.    In and/or prior to March 20, 2008, the Count 2 defendant vehicle was a thing of value

27  furnished or intended to be furnished in exchange for a controlled substance or listed chemical in

28  violation of Title 21 of the United States Code, Section 881.

                                                  3

1       13.    Alternatively, in and/or prior to March 20, 2008, the Count 2 defendant vehicle

2 represented the proceeds of or proceeds traceable to an exchange for a controlled substance or listed

3 chemical in violation of Title 21 of the United States Code, Section 881.

4       14.    Alternatively, in and/or prior to March 20, 2008, the Count 2 defendant vehicle was used

5 to facilitate narcotics trafficking activities in violation of Title 21,United States Code, Section 881.

6       15.    Because of the aforementioned acts or uses alleged herein, either singly or in

7 combination, the Count 2 defendant vehicle is subject to forfeiture pursuant to Title 21, United States

8 Code, Sections 881(a)(6) and 881(a)(4).

9       16.    The Count 2 defendant vehicle is presently stored within the jurisdiction of this Court.

10       17.    The value of the Count 2 defendant vehicle is approximately $22,425.00.

11 Count 3

12 $10,826.00 IN U.S. CURRENCY

13       18.    Paragraphs 1-3 are incorporated as a part hereof.

14       19.    In and/or prior to March 20, 2008, the Count 3 defendant currency was a thing of value

15 furnished or intended to be furnished in exchange for a controlled substance or listed chemical in

16 violation of Title 21 of the United States Code, Section 881.

17       20.    Alternatively, in and/or prior to March 20, 2008, the Count 3 defendant currency

18 represented the proceeds of or proceeds traceable to an exchange for a controlled substance or listed

19 chemical in violation of Title 21 of the United States Code, Section 881.

20       21.    Alternatively, in and/or prior to March 20, 2008, the Count 3 defendant currency was

21 used or was intended to be used to facilitate a violation of Title 21 of the United States Code, Section

22 881.

23       22.    Because of the aforementioned acts or uses alleged herein, either singly or in

24 combination, the Count 3 defendant currency is subject to forfeiture pursuant to Title 21, United States

25 Code, Section 881(a)(6).

26       23.    The Count 3 defendant currency is presently stored within the jurisdiction of this Court.

27

28

1      WHEREFORE, the United States prays that due process issue to enforce the forfeiture of the

2  defendants, and that due notice be given to all interested parties to appear and show cause why said

3  forfeiture should not be declared.

4

5      DATED: July 8, 2008

6                       KAREN P. HEWITT
                         United States Attorney

7

8

9                       DAVID M. McNEES
                         Special Assistant U.S. Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>VERIFICATION</u>

1

2     I, Ryan Sibbald, hereby state and declare as follows:

3     1.    I am a Special Agent with the United States Drug Enforcement Administration.

4     2.    I have read the foregoing complaint and know its contents.

5     3.    The information in the complaint was furnished by official Government sources.

6  Based on this information, I believe the allegations in the complaint to be true.

7     I declare under penalty of perjury that the foregoing is true and correct, to the best of

8  my knowledge and belief.

9     Executed on _July 7, 2008_.

10

11                RYAN SIBBALD, Special Agent
                   Drug Enforcement Administration

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

%JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

United States of America

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Office of the US Attorney SAUSA David M. McNees (619) 557-5979
880 Front Street, Room 6293, San Diego, CA 92101-8893

### DEFENDANTS

One 2006 Mercedes Benz CLS 55, et al.

08 JUL -8 PM 1:07

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)    BY:    DEPUTY

'08 CV 1220 IEG RBB

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☒ 1  U.S. Government Plaintiff
☐ 2  U.S. Government Defendant
☐ 3  Federal Question (U.S. Government Not a Party)
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☒ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | **PERSONAL INJURY** | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Med. Malpractice | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | ☐ 365 Personal Injury - Product Liability | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | **PERSONAL PROPERTY** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 370 Other Fraud | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 371 Truth in Lending | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 380 Other Personal Property Damage | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 385 Property Damage Product Liability | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 463 Habeas Corpus - Alien Detainee | | |
| ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 465 Other Immigration Actions | | |
| ☐ 442 Employment | **Habeas Corpus:** | | | |
| ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 444 Welfare | ☐ 535 Death Penalty | | | |
| ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | |
| ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | |
| ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
21 U.S.C. Section 881
Brief description of cause:
narcotics trafficking

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE  July 8, 2008

SIGNATURE OF ATTORNEY OF RECORD  David McNees

FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

