FILED

08 JUL -9 PM 1:52

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ECL   DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ONE 2006 MERCEDES BENZ CLS 55<br>CA LICENSE NO. 6CQU031,<br>VIN WDDDJ76X86A031811,<br>ITS TOOLS AND APPURTENANCES,<br><br>ONE 2003 LAND ROVER RANGE ROVER<br>CA LICENSE NO. 6AMN568,<br>VIN SALMB11403A109536,<br>ITS TOOLS AND APPURTENANCES,<br><br>$10,826.00 IN U.S. CURRENCY,<br><br>  Defendants. | Civil No. 08 CV 1220 IEG RBB<br><br>ORDER APPOINTING UNITED STATES MARSHAL AS CUSTODIAN AND DEPOSITING THE DEFENDANT CURRENCY INTO THE SEIZED ASSETS DEPOSIT ACCOUNT |

Upon a motion by plaintiff, United States of America, and it appearing that the United States Marshal has consented to assume responsibility for the custody and maintenance of the defendant properties during the time they remain in the custody of this Court under its process herein,

IT IS HEREBY ORDERED that upon the arrest of the defendant properties, the United States Marshal shall be custodian of the defendant properties on behalf of this Court until further order, and

//

//

//

1  IT IS FURTHER ORDERED that the United States Marshal shall deposit the defendant currency
2  in the Seized Assets Deposit Account which shall be substituted as the <u>res</u> in this action.

DATED: 7/9/08

_____
UNITED STATES DISTRICT JUDGE