RICHARD M. BARNETT, Esq.
A Professional Law Corporation
SBN 65132
105 West F Street, 4th Floor
San Diego, CA 92101
Telephone: (6l9) 231-1182

Attorney for Claimant
ANTHONY FRANCO

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08CV1220-IEG(RBB) |
| Plaintiff, | **CLAIM OF ANTHONY FRANCO** |
| v. | |
| ONE 2006 MERCEDES BENZ CLS 55 CA LICENSE NO. 6CQU031, VIN WDDDJ76X86A031811, ITS TOOLS AND APPURTENANCES, | |
| ONE 2003 LAND ROVER RANGE ROVER CA LICENSE NO. 6AMN568, VIN SALMB11403A109536, ITS TOOLS AND APPURTENANCES, | |
| Defendant. | |

Pursuant to Rule G(5) of the Supplemental Rules, Federal Rules of Civil Procedure, Antony Franco hereby demands the return and restitution of the defendant vehicles and currency, and claims the right to defend this action as an owner of the said seized vehicles.

Richard M. Barnett is authorized to make this Claim on his behalf.

I declare under penalty of perjury the foregoing is true and correct.

Executed this 25th day of July, 2008, at San Diego, CA.

                                          s/ Richard M. Barnett
                                          RICHARD M. BARNETT
                                          Attorney for Claimant
                                          ANTHONY FRANCO

**CERTIFICATE OF SERVICE**

I, RICHARD M. BARNETT, do hereby state:

That I am a citizen of the United States, over the age of eighteen years, and not a party to the within action.

That my business address is 105 West F Street, 4th Floor, San Diego, California.

That on July 25, 2008, I have caused service of Claim of Anthony Franco on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies said party:

1. David McNees, Special Assistant U.S. Attorney, Attorney for Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 25th day of July, 2008, at San Diego, California.

          s/ Richard M. Barnett
          RICHARD M. BARNETT