1  KAREN P. HEWITT
   United States Attorney
2  DAVID M. McNEES
   Special Assistant U.S. Attorney
3  California State Bar No. 216612
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5979
   Email: David.McNees@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,           )   Civil No. 08cv1220-IEG(RBB)
                                       )
11                Plaintiff,           )
                                       )   NOTICE OF APPEARANCE
12         v.                          )
                                       )
13 ONE 2006 MERCEDES BENZ CLS 55       )
   CA LICENSE NO. 6CQU031,             )
14 VIN WDDDJ76X86A031811,              )
   ITS TOOLS AND APPURTENANCES,        )
15                                     )
   ONE 2003 LAND ROVER RANGE ROVER     )
16 CA LICENSE NO. 6AMN568,             )
   VIN SALMB11403A109536,              )
17 ITS TOOLS AND APPURTENANCES,        )
                                       )
18 $10,826.00 IN U.S. CURRENCY,        )
                                       )
19                Defendants.          )
   _____)

20

21     TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

22     I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

23     I certify that I am admitted to practice in this court or authorized to practice under Civil Local

24 Rules 83.3.c.3-4.

25 //

26 //

27 //

28 //

The following government attorney (who is admitted to practice in this court or authorized to practice under Civil Local Rules 83.3.c.3-4) is also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

N/A

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

N/A

Please call me if you have any questions about this notice.

DATED:  August 21, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/David M. McNees
DAVID M. McNEES
Special Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America
Email: David.McNees@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ONE 2006 MERCEDES BENZ CLS 55<br>CA LICENSE NO. 6CQU031,<br>VIN WDDDJ76X86A031811,<br>ITS TOOLS AND APPURTENANCES,<br><br>ONE 2003 LAND ROVER RANGE ROVER<br>CA LICENSE NO. 6AMN568,<br>VIN SALMB11403A109536,<br>ITS TOOLS AND APPURTENANCES,<br><br>$10,826.00 IN U.S. CURRENCY,<br><br>　　　　　　Defendants. | Civil No. 08cv1220-IEG(RBB)<br><br>CERTIFICATE<br>OF SERVICE |

　　IT IS HEREBY CERTIFIED that:

　　I, David M McNees, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

　　I am not a party to the above-entitled action. I have caused service of NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

　　1.　　Richard M. Barnett

　　I declare under penalty of perjury that the foregoing is true and correct.

　　DATED: August 21, 2008.

　　　　　　　　　　　　　　　　　　s/ David M. McNees
　　　　　　　　　　　　　　　　　　DAVID M. MCNEES
　　　　　　　　　　　　　　　　　　Email: David.McNees@usdoj.gov

08cv01220