## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. ONE 2006 MERCEDES BENZ                Case No. 08CV1220 IEG(RBB)
                                                **Time Spent: 10 min.**

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE                    Rptr.

                              Attorneys
        Plaintiffs                            Defendants

Daniel McNess                         Richard Barnett


PROCEEDINGS:    X   In Chambers       ___   In Court      ___   Telephonic

An early neutral evaluation conference and case management conference were held.

A telephonic, attorneys-only settlement conference is set for November 19, 2008, at 8:00 a.m.

Counsel for Plaintiff is to initiate the call.


DATE: August 22, 2008         IT IS SO ORDERED:    *Ruben Brooks*
                                                   Ruben B. Brooks,
                                                   U.S. Magistrate Judge
cc:  Judge Gonzalez                   INITIALS:  VL (mg/irc)  Deputy
     All Parties of Record