UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil No. 08cv1220 IEG(RBB) |
| ) | |
| Plaintiff, ) | ORDER FOLLOWING EARLY NEUTRAL |
| ) | EVALUATION CONFERENCE, SETTING |
| v. ) | RULE 26 COMPLIANCE AND NOTICE |
| ) | OF CASE MANAGEMENT CONFERENCE |
| ONE 2006 MERCEDES BENZ CLS 55 ) | |
| CA LICENSE NO. 6CQU031, VIN ) | |
| WDDDJ76X86A031811, ITS TOOLS ) | |
| AND APPURTENANCES; ONE 2003 ) | |
| LAND ROVER RANGE ROVER CA ) | |
| LICENSE NO. 6AMN568, VIN ) | |
| SALMB11403A109536, ITS TOOLS ) | |
| AND APPURTENANCES; $10,826.00 ) | |
| IN U.S. CURRENCY, ) | |
| ) | |
| Defendants. ) | |

On August 22, 2008, the Court held an early neutral evaluation conference in the above-entitled action. Settlement could not be reached in the case.

The Court discussed compliance with rule 26 of the Federal Rules of Civil Procedure and issues the following orders:

1. No objections were presented to initial disclosure under Federal Rule of Civil Procedure, rule 26(a)(1)(A-D). The parties are ordered to proceed with the initial disclosure process. Any

1  objections to initial disclosure will be resolved as required by
2  rule 26.
3      2.  The rule 26(f) conference shall be completed on or before
4  September 15, 2008.
5      3.  No discovery plan is required.
6      4.  The initial disclosures pursuant to rule 26(a)(1)(A-D)
7  shall occur on or before September 29, 2008.
8      5. Counsel, and any other person(s) whose authority is
9  required to negotiate and enter into a settlement shall participate
10 in a telephonic, attorneys-only settlement conference for November
11 19, 2008, at 8:00 a.m. in the chambers of United States Magistrate
12 Judge Ruben B. Brooks, U.S. Courts Building, 940 Front Street, Room
13 1185, San Diego, California, 92101-8926, for a further settlement
14 conference.
15     Plaintiff's(s') counsel shall serve a copy of this order on
16 all parties that enter this case after the date of this order.
17     Failure of any counsel or party to comply with this order may
18 result in sanctions.
19     IT IS SO ORDERED.
20
21 DATED: August 22, 2008
                                        Ruben B. Brooks
22                                      United States Magistrate Judge
23 cc:
   Judge Gonzalez
24 All Parties of Record
25
26
27
28