# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE 2006 MERCEDES BENZ CLS 55<br>CA LICENSE NO. 6CQU031,<br>VIN WDDDJ76X86A031811,<br>ITS TOOLS AND APPURTENANCES,<br><br>ONE 2003 LAND ROVER RANGE ROVER<br>CA LICENSE NO. 6AMN568,<br>VIN SALMB11403A109536,<br>ITS TOOLS AND APPURTENANCES,<br><br>$10,826.00 IN U.S. CURRENCY,<br><br>Defendant. | Case No. 08CV1220-IEG(RBB)<br><br>**ORDER ON JOINT MOTION TO STAY CIVIL FORFEITURE PROCEEDINGS** |

Having reviewed the Stipulation to Stay Civil Forfeiture Proceedings between Plaintiff, United States of America, by and through it counsel, Karen P. Hewitt, United States Attorney, and David M. McNees, Special Assistant United States Attorney, and claimant in the above-referenced civil forfeiture case, Anthony Franco by and through its counsel of record, Richard M,. Barnett, and good cause appearing,

IT IS ORDERED that Civil Forfeiture Case No. 08CV1220-IEG falls under the

///

///

1  provisions of Title 18, United States Code, Section 981(g), and shall be stayed until May 31,
2  2009.

4  **DATED:  January 14, 2009**

_____
**IRMA E. GONZALEZ, Chief Judge
United States District Court**